IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL J. BOUSHON,

    Plaintiff,                 JUDGMENT IN A CIVIL CASE

v.                                 Case No. 13-cv-403-wmc

CAROLYN COLVIN,
Acting Commissioner of Social Security,

    Defendant.

     This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiff Michael J. Boushon reversing and remanding the decision of defendant Carolyn Colvin, Acting Commissioner of Social Security, under sentence four of 42 U.S.C. § 405 (g).

| s/V. Olmo, Deputy Clerk | 9/26/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |